IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

)
SHENZHEN IVPS TECHNOLOGY COMPANY,  )
LIMITED and ECIGRUSA, LLC doing business  )
As WORLDWIDE VAPE DISTRIBUTION,  )
)
          Petitioners,  )
)
v.  )        Case No. 24-60032
)
FOOD & DRUG ADMINISTRATION,  )
)
          Respondent.  )
_____)

**JOINT SUBMISSION REGARDING REDACTIONS
FROM ORAL ARGUMENT RECORDING**

Pursuant to the Court's instructions at the oral argument of this case on February 26, 2025, and the Court's April 10, 2025 order, Petitioners Shenzhen IVPS Technology Company Limited ("IVPS") and ECIGRUSA, LLC d/b/a Worldwide Vape Distribution and Respondent Food and Drug Administration respectfully submit this filing to delineate the portions of the recording from the oral argument of this matter that should be redacted and not made publicly available.

The following portions of the audio recording (stated in minutes and seconds) should be redacted and not made publicly available:

        00:58 – 1:38                16:28 – 17:19

        2:13 –  2:22                19:54 – 20:28

| | |
|---|---|
| 2:47 – 4:02 | 20:49 – 29:06 |
| 4:41 – 5:14 | 29:21 – 31:08 |
| 5:42 – 6:25 | 31:17 – 35:06 |
| 8:37 – 9:38 | 35:56 – 36:03 |
| 9:55 – 10:28 | 36:50 – 37:09 |
| 11:01 – 11:38 | 38:20 – 40:52 |
| 12:00 – 13:19 | 42:37 – 42:39 |
| 14:26 – 15:16 | 42:52 – 43:01 |
| 15:50 – 16:06 | |

Petitioners certify that the foregoing excerpts cover discussions of the contents of IVPS's premarket tobacco product applications that are consistent with those sections of the parties' briefs and the record in this case that the Court has previously sealed and that the foregoing excerpts are narrowly tailored to cover only discussions of confidential, commercially sensitive information from such applications.

Respectfully submitted,

THOMPSON HINE LLP

Dated: April 18, 2025        By:      /s/ Eric N. Heyer
                     Eric N. Heyer
                     Joseph A. Smith
                     James C. Fraser
                     Anna Stressenger
                     1919 M Street, NW, Suite 700
                     Washington, DC 20036
                     Phone: 202.331.8800
                     eric.heyer@thompsonhine.com
                     joe.smith@thompsonhine.com
                     james.fraser@thompsonhine.com
                     anna.stressenger@thompsonhine.com

*Counsel for Petitioners*

By:   /s/ Lindsey Powell
                     Lindsey Powell
                     Joshua M. Koppel
                     Attorneys, Appellate Staff
                     Civil Division, Room 7212
                     U.S. Department of Justice
                     950 Pennsylvania Ave., N.W.
                     Washington, D.C.  20530
                     202.616.5372
                     lindsey.e.powell@usdoj.gov

*Counsel for Respondent*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2025, a true and correct copy of the foregoing was filed with the Clerk's Office for the United States Court of Appeals for the Fifth Circuit using the CM/ECF system and thereby electronically served on all counsel of record.

        /s/ Eric N. Heyer
Eric N. Heyer